```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    20 CR 631 - 11
     -against-                      :    ORDER
                                    :
Maurice Womack                      :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

**Alvin K. Hellerstein**, United States District Judge:

It is hereby **ORDERED** that the defendant, Maurice Womack, participate in an and successfully complete an inpatient substance abuse treatment program with Odyssey House, located at 309-311 East 6th Street in New York, NY 10003, beginning on May 11th, 2020 with a discharge date to be determined in conjunction with treatment service provider. While Mr. Womack is participating in the inpatient program, the home incarceration with location monitoring condition is suspended.

    Dated: New York, New York

        May 7, 2021

                                  SO ORDERED:

                                  /s/ Alvin K. Hellerstein
                                  _____
                                  **Alvin K. Hellerstein**
                                  **United States District Judge**