UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAURICE WOMACK,

Defendant.

**ORDER**

**S1 20 Cr. 631 (AKH)**

WHEREAS, with defendant Maurice Womack's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 23, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:       New York, New York

             Feb. 24 , 2022

             _____
             HONORABLE ALVIN K. HELLERSTEIN
             UNITED STATES DISTRICT JUDGE
             SOUTHERN DISTRICT OF NEW YORK