UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                     :
UNITED STATES OF AMERICA        :
                                                     :    **ORDER**
            -against-                   :
                                                   :    20 Cr. 631 (AKH)
MAURICE WOMACK,                     :
                                          Defendant.   :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Maurice Womack, having been ordered to participate in an outpatient drug treatment program, shall be released from the custody of the United States Marshals.

      SO ORDERED.

Dated:    May 28, 2025
             New York, New York

                                                   ALVIN K. HELLERTSEIN
                                                   United States District Judge