UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                                                     :

UNITED STATES OF AMERICA,              :

                                                                                                       :        **SCHEDULING ORDER**

                                                                                   :

            -against-                          :        20 Cr. 631 (AKH)

                                                                               :

MAURICE WOMACK,                       :

                                                                               :

                                      Defendant.      :

                                                                               :

                                                                               :

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled in this matter for September 30, 2025 at 2:15 p.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

        SO ORDERED.

Dated:     September 29, 2025                           /s/ Alvin K. Hellerstein
             New York, New York                      ALVIN K. HELLERSTEIN
                                                                 United States District Judge