UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                :

UNITED STATES OF AMERICA,         :

                                 :    **SCHEDULING ORDER**

   -against-                      :

                                 :    20 Cr. 631 (AKH)

MAURICE WOMACK,            :

                                 :

                  Defendant.    :

                                 :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The VOSR hearing scheduled for March 24, 2026, at 11:30 a.m. is adjourned to

12:00 p.m.

      SO ORDERED.

Dated:      March 20, 2026              /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                     United States District Judge

1