UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MAURICE WOMACK,<br><br>                    Defendant. | 20 Cr. 631-11 (AKH)<br><br>Order |

For the reasons set forth on the record at the March 24, 2026, hearing in the above-captioned case, it is hereby

ORDERED that the Defendant, MAURICE WOMACK, be released from the custody of the United States Marshals Service, by 11:00 a.m. on Thursday, April 2, 2026, and escorted to the Probation Office located at the Courthouse for the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007; and

IT IS FURTHER ORDERED that a member of the Probation Office shall escort the Defendant, MAURICE WOMACK, to enter INPATIENT SUBSTANCE ABUSE TREATMENT, as ordered by the Court on March 24, 2026; and

IT IS FURTHER ORDERED that the Defendant, MAURICE WOMACK, shall continue to participate in INPATIENT SUBSTANCE ABUSE TREATMENT for a period of six (6) months, as directed by the Probation Office and pursuant to the Court's order.

**SO ORDERED.**

Dated:  March 27, 2026
          New York, New York

THE HONORABLE ALVIN K. HELLERSTEIN
SENIOR UNITED STATES DISTRICT JUDGE